# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARIA LANDIN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:20-cv-1203-ACA-GMB |
| | ) |
| **CHAD GARRETT,** | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report and recommendation that the court dismiss without prejudice Petitioner Maria Landin's petition for writ of habeas corpus. (Doc. 11). No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of this court. The court **WILL DISMISS WITHOUT PREJUDICE** Ms. Landin's petition for writ of habeas corpus.

A separate order will be entered.

**DONE** and **ORDERED** this January 26, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE